No. 2023-1101

# United States Court of Appeals for the Federal Circuit

---

ECOFACTOR, INC.,

*Plaintiff-Appellee,*

v.

GOOGLE LLC,

*Defendant-Appellant.*

---

On Appeal from the United States District Court
for the Western District of Texas
Case No. 6:20-cv-00075-ADA
Hon. Alan D Albright

---

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE PETITION FOR REHEARING *EN BANC***

---

ROBERT A. VAN NEST
LEO L. LAM
EUGENE M. PAIGE
R. ADAM LAURIDSEN
KRISTIN E. HUCEK
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
E-mail: rvannest@keker.com

Counsel for Defendant-Appellant GOOGLE LLC

June 20, 2024

2718617

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, counsel for Defendant-Appellant Google LLC certifies the following:

1. Full name of Party Represented by me:

    Google LLC

2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me:

    None

3. Parent corporations and publicly held companies that own 10% or more stock in the party:

    XXVI Holdings Inc. and Alphabet Inc.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case):

    Keker, Van Nest & Peters LLP:
    - Eric B. Hanson

- Jennifer A. Huber (now with the San Francisco City Attorney's Office)
- Matthias Andreas Kamber (now with Paul Hastings LLP)
- Patrick E. Murray (now with Gibson, Dunn & Crutcher LLP)
- Anna Porto (now in-house counsel with Mercury)
- Gregory D. Washington (now with Jenner & Block LLP)

Potter Minton PC:
- Michael E. Jones
- Shaun William Hassett

Allen & Overy LLP:
- Shamita D. Etienne-Cummings
- James P. Gagen
- Eric Lancaster
- James Reed
- Bijal V. Vakil

White & Case LLP:
- Henry Yee-Der Huang
- Michael J. Songer

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal:

- *EcoFactor, Inc. v. Google LLC*, 22-1971 (Fed. Cir. June 24, 2022)

- *EcoFactor, Inc. v. Amazon.com, Inc.*, 6:22-cv-00068 (W.D. Tex. Jan. 18, 2022)

- *EcoFactor, Inc. v. Resideo Technologies, Inc.*, 6:22-cv-00069 (W.D. Tex. Jan. 18, 2022)

- *EcoFactor, Inc. v. Pointcentral, LLC et al.*, 6:22-cv-00055 (D. Or. Jan. 10, 2022)

- In re *Ex Parte* Reexamination of U.S. Patent No. 8,412,488, 90/014,916 (U.S. PTO Dec. 3, 2021)

- In re *Ex Parte* Reexamination of U.S. Patent No. 8,738,327, 90/014,915 (U.S. PTO Dec. 3, 2021)

- In re *Ex Parte* Reexamination of U.S. Patent No. 10,534,382, 90/014,679 (U.S. PTO Feb. 12, 2021)

- *ecobee, Inc. v. EcoFactor, Inc.*, IPR2021-01052 (PTAB Jun. 10, 2021)

- *EcoFactor, Inc. v. Vivint, Inc.*, 6:20-cv-00080 (W.D. Tex. Jan. 31, 2020)

- *EcoFactor, Inc. v. ecobee, Inc.*, 6:20-cv-00078 (W.D. Tex. Jan. 31, 2020)

6. Organizational Victims and Bankruptcy Cases. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

None

Date: June 20, 2024    */s/ Robert A. Van Nest*
Robert A. Van Nest

Pursuant to Federal Rules of Appellate Procedure Rules 26(b) and 27 and Federal Circuit Rule 26(b), Defendant-Appellant Google LLC ("Google") respectfully requests a 14-day extension of time to file its Petition for Rehearing *En Banc*, from July 3, 2024 to July 17, 2024. This request is filed at least 7 days prior to the due date sought to be extended. This is Google's first motion for an extension of time to file a petition for rehearing *en banc*. Google was previously granted two extensions of time in this matter (and in the now-dismissed consolidated Case No. 22-1974): an extension of 30 days for Google to file its principal and response brief in the appeal and an extension of 12 days for its reply brief in the appeal.

Google has corresponded with counsel for Plaintiff-Appellee, Ecofactor, Inc., who has confirmed that it does not oppose this request.

Counsel requests a brief extension to accommodate numerous competing professional obligations and to provide sufficient time for the preparation of Google's petition for rehearing *en banc* in this important case. Lead counsel, Mr. Van Nest, has competing professional obligations in the coming weeks, including briefing, hearings, and deadlines in other matters. *E.g.* Post-trial opposition briefs due June 21,

1

2024 (*Abbott v. Dexcom*, D. Del., No. 21-977); claim construction and motion to stay briefing due June 26, 2024 and June 27, 2024, respectively (*Abbott v. Dexcom*, D. Del., No. 22-239); a hearing on pre-trial matters and a case management conference on June 26, 2024 (*Alorica v. Fortinet*, California Sup. Ct., No. 19-344971); briefing on a case consolidation motion due July 8 (*New York Times v. Microsoft*, S.D.N.Y., No. 23-11195, and *Daily News v. Microsoft*, S.D.N.Y., No. 24-3285).

The requested extension would not prejudice any party.

Accordingly, Google respectfully requests a 14-day extension of time to file its petition for rehearing *en banc*, to and including July 17, 2024.

Respectfully submitted,

/s/ *Robert A. Van Nest*
ROBERT A. VAN NEST
LEO L. LAM
EUGENE M. PAIGE
R. ADAM LAURIDSEN
KRISTIN E. HUCEK
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
Counsel for Defendant-Appellant
GOOGLE LLC

June 20, 2024

# CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limitation of Fed. Cir. R. 32(b)(1). Excluding the portions exempted by Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b)(2) the brief contains 313 words.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6). The brief has been prepared in a proportionally spaced typeface using Microsoft Word and 14-point Century Schoolbook type.

Dated: June 20, 2024

/s/ *Robert A. Van Nest*
ROBERT A. VAN NEST
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188