# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-1101

**Short Case Caption:** EcoFactor, Inc. v. Google LLC

| |
|---|
| **Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel. |

| | | |
|---|---|---|
| **Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted. | | |
| Google LLC | | |
| **Principal Counsel:** Robert A. Van Nest | | Admission Date: 6/29/01 |
| Firm/Agency/Org.: Keker, Van Nest & Peters LLP | | |
| Address: 633 Battery Street, San Francisco, CA 94111 | | |
| Phone: 415.391.5400 | Email: rvannest@keker.com | |
| **Other Counsel:** Leo L. Lam | | Admission Date: 10/8/97 |
| Firm/Agency/Org.: Keker, Van Nest & Peters LLP | | |
| Address: 633 Battery Street, San Francisco, CA 94111 | | |
| Phone: 415.391.5400 | Email: llam@keker.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/18/24                     Signature: /s/ Stephanie J. Goldberg

                                  Name:      Stephanie J. Goldberg

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| | | |
|---|---|---|
| **Other Counsel:** Eugene M. Paige | | Admission Date: 12/28/99 |
| Firm/Agency/Org.: Keker, Van Nest & Peters LLP | | |
| Address: 633 Battery Street, San Francisco, CA 94111 | | |
| Phone: 415.391.5400 | Email: epaige@keker.com | |
| **Other Counsel:** R. Adam Lauridsen | | Admission Date: 2/11/15 |
| Firm/Agency/Org.: Keker, Van Nest & Peters LLP | | |
| Address: 633 Battery Street, San Francisco, CA 94111 | | |
| Phone: 415.391.5400 | Email: alauridsen@keker.com | |
| **Other Counsel:** Kristin E. Hucek | | Admission Date: 11/18/22 |
| Firm/Agency/Org.: Keker, Van Nest & Peters LLP | | |
| Address: 633 Battery Street, San Francisco, CA 94111 | | |
| Phone: 415.391.5400 | Email: khucek@keker.com | |
| **Other Counsel:** Stephanie J. Goldberg | | Admission Date: 07/09/21 |
| Firm/Agency/Org.: Keker, Van Nest & Peters LLP | | |
| Address: 633 Battery Street, San Francisco, CA 94111 | | |
| Phone: 415.391.5400 | Email: sgoldberg@keker.com | |
| **Other Counsel:** | | Admission Date: |
| Firm/Agency/Org.: | | |
| Address: | | |
| Phone: | Email: | |