*In the*

# United States Court of Appeals

*For the*

# Federal Circuit

ECOFACTOR, INC.,

*Plaintiff-Appellee,*

v.

GOOGLE LLC,

*Defendant-Appellant.*

_____

*Appeal from the United States District Court for the Western District of Texas*
*Case No. 6:20-CV-00075-ADA · Judge Alan D. Albright*

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF LAWYERS FOR CIVIL JUSTICE IN SUPPORT OF APPELLANT'S PETITION FOR REHEARING AND REVERSAL

YAR CHAIKOVSKY
MICHAEL COSTELLO-CAULKINS
MAIMOUNA DIARRA
WHITE & CASE
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, California 94306
(650) 213-0300 Telephone
yar.chaikovsky@whitecase.com

MARK DAVIES
WHITE & CASE
701 Thirteenth Street, NW
Washington, District of Columbia 20005
(202) 637-6261 Telephone
mark.davies@whitecase.com

*Attorneys for Amicus Curiae Lawyers for Civil Justice*

 

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 23-1101

**Short Case Caption** EcoFactor v. Google LLC

**Filing Party/Entity** Lawyers for Civil Justice

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/31/2024

Signature: /s/ Mark Davies

Name: Mark Davies

| 1. **Represented Entities.** Fed. Cir. R. 47.4(a)(1). | 2. **Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | 3. **Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. <br><br> ☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. <br><br> ☐ None/Not Applicable |
| None | None | None |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Yar Chaikovsky | Maimouna Diarra | |
| Mark Davies | | |
| Michael Costello-Caulkins | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below) ☐ No ☑ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Rules of Appellate Procedure 27, 29, and 35 and Federal Circuit Rules 27, 29, and 35, *Amicus Curiae* Lawyers for Civil Justice ("LCJ") respectfully moves this Court for leave to file an *amicus curiae* brief in support of Appellant's Petition for Rehearing En Banc in the above-captioned matter. Appellant Google LLC consents to the present motion. Appellee EcoFactor, Inc. did not respond to LCJ's request for consent first sent on July 24, 2024.

## STATEMENT OF INTEREST

Amicus curiae is an advocacy organization whose members support reform of procedural litigation rules to further the just, speedy, and inexpensive determination of every action and proceeding. Its sole interest in this case is to ensure procedural reforms that aim to balance the civil justice system, reduce litigation costs and burdens, and enhance predictability and efficiency in legal proceedings.

Amicus's brief focuses on the troubling trend of declaring the reliability requirements set forth in Federal Rule of Evidence 702 are questions for the jury, not the court. Rule 702 is critical to protecting jurors who cannot meaningfully evaluate an expert's testimony. The outcome in this case wrongfully opens the door to unreliable expert opinion that is not based in sufficient facts or reliable application of the expert's methodology.

The issues that the amicus brief presents are not duplicative of Appellants' rehearing petition. The present case represents an ideal opportunity for the full Court

to ensure that trial courts follow Rule 702 when determining the admissibility of expert opinion. Amicus respectfully submits that the proposed amicus brief will assist the Court by presenting the arguments noted above, which are not addressed in detail by the rehearing petition. The Court has allowed Amicus to file briefs in other cases involving similarly important procedural issues, and Amicus appreciates the Court's willingness to do so.

For these reasons, proposed Amicus respectfully asks this Court to grant leave to file the accompanying amicus brief in support of Appellant's Petition for Rehearing En Banc.

Dated: July 31, 2024

Respectfully submitted,

*/s/ /s/ Mark Davies*

YAR CHAIKOVSKY
MICHAEL COSTELLO-CAULKINS
MAIMOUNA DIARRA
WHITE & CASE
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, California 94306
yar.chaikovsky@whitecase.com

MARK DAVIES
WHITE & CASE
701 Thirteenth Street, NW
Washington, DC 20005
mark.davies@whitecase.com
*Counsel for Amicus Curiae*

# CERTIFICATE OF COMPLIANCE

I certify that the foregoing Amicus Brief for Lawyers for Civil Justice,

1.     Complies with the typeface and type-volume limitation of Fed. R. App. P. 32(a)(7)(B) and Fed. Cir. Rule 32(b).  This brief contains 329 words, excluding the parts of the brief exempted by Fed R. App. P. 5(c), 21(d), 27(d)(2), 32(f), and Fed. Cir. R. 32(b)(2), as counted by Microsoft Word, which was used to prepare the brief.

2.     Complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6).  This brief has been prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Times New Roman type style.

Dated: July 31, 2024

*/s/ Mark Davies*
Mark Davies