# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### ENTRY OF APPEARANCE

**Case Number:** 2023-1101

**Short Case Caption:** EcoFactor, Inc. v. Google, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](#). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Apple Inc. | |
|---|---|
| **Principal Counsel:** William F. Lee | Admission Date: 04/27/1984 |
| Firm/Agency/Org.: WilmerHale LLP | |
| Address: 60 State Street Boston, MA 02109 | |
| Phone: (617) 526-6000 | Email: William.Lee@wilmerhale.com |
| **Other Counsel:** Lauren Fletcher | Admission Date: 07/06/2004 |
| Firm/Agency/Org.: WilmerHale LLP | |
| Address: 60 State Street Boston, MA 02109 | |
| Phone: (617) 526-6000 | Email: Lauren.Fletcher@wilmerhale.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/31/24   Signature: /s/ William F. Lee

Name: William F. Lee

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| | |
|---|---|
| **Other Counsel:** Arthur W. Coviello | Admission Date: 08/13/2008 |
| Firm/Agency/Org.: WilmerHale LLP | |
| Address: 2600 El Camino Real, Suite 400 Palo Alto, CA 94306 | |
| Phone: (650)858-6000 | Email: Arthur.Coviello@ wilmerhale.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |