**No. 23-1101**

United States Court of Appeals
for the Federal Circuit
_____

ECOFACTOR, INC.,

*Plaintiffs–Appellee*,

v.

GOOGLE LLC,

*Defendant-Appellant.*

_____

On Appeal from the United States District Court for the Western
District of Texas, No. 6:20-cv-00075-ADA, Hon. Alan D Albright

## CORRECTED MOTION OF US*MADE
## FOR LEAVE TO FILE AS AMICUS CURIAE

Joseph Matal
CLEAR IP, LLC
800 17th St., NW  Suite 500
Washington, DC 20006
(202) 654-4500
Joseph.Matal@clearpatents.com

*Counsel for Amicus Curiae*

August 1, 2024

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rules 27(a)(3) and 47.4, counsel for US*MADE certifies that:

1. The full name of the party that I represent is US*MADE

2. There are no real parties in interest of the party that I represent

3. There are no parent corporations or publicly held companies that own ten percent or more of the stock of the party that I represent

4. No other law firms, partners, or associates who have not entered an appearance in this appeal either appeared for the party that I represent in the originating court or are expected to so appear in this Court

5. I do not know of any case in this or any other court or agency that will directly affect or be directly affected by this Court's decision in this case

6. No disclosure regarding organizational victims in criminal cases or debtors or trustees in bankruptcy cases is required under Fed. R. App. P. 26.1(b) or (c).

August 1, 2024                                        */s/ Joseph Matal*

# MOTION FOR LEAVE TO FILE

Appellant Google has consented to the filing of this motion. Appellee EcoFactor has declined consent, though it has not indicated that it will oppose the motion.

The U.S. Manufacturers Association for Development and Enterprise (US*MADE) is a nonprofit association representing companies manufacturing diverse goods in the United States. US*MADE members range from some of the largest U.S. manufacturers to the smallest father-and-son business. While US*MADE members have collectively received hundreds of thousands of patents to undergird their innovative enterprises, they have also been the targets of abusive patent litigation. US*MADE has a strong interest in ensuring that unreliable expert-witness damages testimony is excluded from the courtroom.[1]

Amicus believes that its brief may aid the Court in deciding the petition for rehearing. The brief discusses recent changes to Federal Rule of Evidence 702 that appear to have been overlooked by the panel. The brief also describes how other courts applying Rule 702 have addressed expert testimony that seeks to rely on

---

[1] US*MADE's members are listed at: https://us-made.org/members/.

self-interested data, and it discusses the practical implications of the district court's approach to apportionment.

US*MADE respectfully requests this Court's leave to file the accompanying amicus brief.

Respectfully submitted,

/s/ Joseph Matal

Joseph Matal
CLEAR IP, LLC
800 17th St., NW
Suite 500
Washington, DC 20006
(202) 654-4500
Joseph.Matal@clearpatents.com

*Counsel for Amicus Curiae*

Dated: July 31, 2024

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned counsel for amicus curiae certifies that this brief:

(1)   complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 198 words, excluding the portions exempted by rule

(2)   complies with the typeface and style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because this document has been prepared using Microsoft Office Word and is set in the Verdana font in a size equivalent to 14 points or larger.

Dated:  August 1, 2024                                    */s/ Joseph Matal*