# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-1101

**Short Case Caption:** EcoFactor, Inc., v. Google LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Amici Curiae patent and evidence law professors (see attached list for all names)

**Principal Counsel:** Phillip R. Malone | Admission Date: June 2015

Firm/Agency/Org.: Juelsgaard IP & Innovation Clinic, Stanford Law School

Address: 559 Nathan Abbott Way, Stanford, CA 94305

Phone: 650-725-6369 | Email: pmalone@law.stanford.edu

**Other Counsel:** Nina K. Srejovic | Admission Date: 4/19/2024

Firm/Agency/Org.: Juelsgaard IP & Innovation Clinic, Stanford Law School

Address: 559 Nathan Abbott Way, Stanford, CA 94305

Phone: 650-723-2237 | Email: srejovic@law.stanford.edu

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 11/26/24

Signature: /s/ Phillip R. Malone

Name: Phillip R. Malone

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| **Other Counsel:** Professor Mark A. Lemley | Admission Date: 2/1/1997 |
|---|---|
| Firm/Agency/Org.: Stanford Law School | |
| Address: 559 Nathan Abbott Way, Stanford, CA 94305 | |
| Phone: 650-723-4605 | Email: mlemley@law.stanford.edu |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

## ATTACHMENT A TO ENTRY OF APPEARANCE

*Amici curiae* patent and evidence law professors are listed below. Affiliation is provided for identification purposes only. All signatories are participating in their individual capacity, not on behalf of their institutions.

**Professor Jeremy W. Bock**
Tulane University Law School

**Professor Michael Carrier**
Rutgers Law School

**Professor Bernard Chao**
University of Denver Sturm College of Law

**Jorge L. Contreras**
University of Utah S.J. Quinney College of Law

**Professor Thomas F. Cotter**
University of Minnesota Law School

**Professor Charles Duan**
American University Washington College of Law

**Professor Paul R. Gugliuzza**
Temple University Beasley School of Law

**Professor Amy Landers**
Drexel University Kline School of Law

**Professor Mark A. Lemley**
Stanford Law School

**Professor Brian J. Love**
Santa Clara University School of Law

**Professor Jane Campbell Moriarty**
Duquesne University Thomas R. Kline School of Law

**Professor Jason Reinecke**
Marquette University Law School

**Professor Joseph Sanders**
University of Houston Law Center

**Professor Joshua D. Sarnoff**
DePaul University College of Law