**Case No. 2023-1101**

### UNITED STATES COURT OF APPEALS
### FOR THE FEDERAL CIRCUIT

**ECOFACTOR, INC.,**
*Plaintiff-Appellee,*

v.

**GOOGLE LLC,**
*Defendant-Appellant.*

Appeal from the United States District Court for
the Western District of Texas,
Case No. 6:20-cv-00075
Judge Alan D. Albright

### CERTIFICATE OF INTEREST OF *AMICI CURIAE* 14 PATENT AND EVIDENCE LAW PROFESSORS

Mark A. Lemley
William H. Neukom Professor
   of Law
STANFORD LAW SCHOOL
559 Nathan Abbott Way
(650) 723-4605
mlemley@law.stanford.edu

Phillip R. Malone
Nina K. Srejovic
JUELSGAARD INTELLECTUAL PROPERTY
   AND INNOVATION CLINIC
MILLS LEGAL CLINIC AT
   STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305
(650) 725-6369
pmalone@stanford.edu

*Counsel for Amici Curiae*

November 26, 2024

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rules 29(a) and 47.4, counsel for *amici curiae* patent and evidence law professors certifies that:

1. The full name of the *amici curiae* I represent is: *amici curiae* patent and evidence law professors (see Attachment A).

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) I represent is: N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the *amici curiae* I represent are: None.

4. The names of all law firms and the partners or associates that appeared before the originating court for the *amici curiae* I represent or are expected to appear in this Court (and who have not or will not enter an appearance in this case) are: None.

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this Court's decision in the pending appeal:

   *In re Ex Parte Reexamination of U.S. Patent No. 8,738,327, 90/014,915*
   (U.S. PTO Dec. 3, 2021)

*Google, LLC v. EcoFactor, Inc.*, 3:21-cv-01468
    (N.D. Cal. Mar. 1, 2021)

*Google, LLC v. EcoFactor, Inc.*, 4:21-cv-03220
    (N.D. Cal. April 30, 2021)

*EcoFactor, Inc. v. Google, LLC*, 5:22-cv-07661
    (N.D. Cal. Dec. 5, 2022)

*Google, LLC v. EcoFactor, Inc.*, 5:22-cv-00162
    (N.D. Cal. Jan. 10, 2022)

*EcoFactor, Inc. v. Google, LLC*, 4:24-cv-00175
    (N.D. Cal. Jan. 9, 2024)

6. All information required by Federal Rules of Appellate Procedure 26.1(b) and 26.1(c) that identifies organizational victims in criminal cases and debtors and trustees in bankruptcy cases is: None.

November 26, 2024            /s/ Phillip R. Malone

                                     Phillip R. Malone
                                     Nina K. Srejovic
                                     JUELSGAARD INTELLECTUAL PROPERTY
                                         AND INNOVATION CLINIC
                                     MILLS LEGAL CLINIC AT STANFORD
                                         LAW SCHOOL
                                     559 Nathan Abbott Way
                                     Stanford, CA 94305
                                     (650) 725-6369
                                     pmalone@stanford.edu

                                     *Counsel for Amici Curiae*

# ATTACHMENT A TO CERTIFICATE OF INTEREST

*Amici curiae* patent and evidence law professors are listed below. Affiliation is provided for identification purposes only. All signatories are participating in their individual capacity, not on behalf of their institutions.

**Professor Jeremy W. Bock**
Tulane University Law School

**Professor Michael Carrier**
Rutgers Law School

**Professor Bernard Chao**
University of Denver Sturm College of Law

**Jorge L. Contreras**
University of Utah S.J. Quinney College of Law

**Professor Thomas F. Cotter**
University of Minnesota Law School

**Professor Charles Duan**
American University Washington College of Law

**Professor Paul R. Gugliuzza**
Temple University Beasley School of Law

**Professor Amy Landers**
Drexel University Kline School of Law

**Professor Mark A. Lemley**
Stanford Law School

**Professor Brian J. Love**
Santa Clara University School of Law

**Professor Jane Campbell Moriarty**
Duquesne University Thomas R. Kline School of Law

**Professor Jason Reinecke**
Marquette University Law School

**Professor Joseph Sanders**
University of Houston Law Center

**Professor Joshua D. Sarnoff**
DePaul University College of Law