

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW  
CLERK OF COURT

CLERK'S OFFICE  
202-275-8000

December 2, 2024

2023-1101 - EcoFactor, Inc. v. Google LLC

# NOTICE OF NON-COMPLIANCE

The document (Entry of Appearance) submitted by Lawyers for Civil Justice is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The court notes that the contact information for Kufere Laing included on the document does not match the information on the individual's appearance entered on the docket. Please ensure the corrected document includes up-to-date contact information. If that information differs from the most recent appearance form, please also file an amended appearance as a separate docket entry. Please also update the individual's contact information through the PACER Service Center. Fed. Cir. R. 25(a)(5). Note: a corrected version of this document must still be filed even if the contact information on the document is accurate. *Clerk's Note: The email address associated with Kufere Laing's account appears to be out of date.*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow  
Clerk of Court

By: M. Hull, Deputy Clerk